UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 13 |
| Daniel Berry & Tisha Runyan, | Case No.: 20-35905(cgm) |
| Debtors. | |

-----------------------------------------------------------X

ORDER UNDER 11 U.S.C. §§363(b)(1) and (f)(3) AUTHORIZING THE SALE OF REAL PROPERTY LOCATED AT 23 STANGEL DRIVE, WOODBOURNE, NY 12788

Upon the Motion of DANIEL BERRY and TISHA RUNYAN, (the "debtors"), dated January 10, 2022, by their attorney, RICHARD SCOTT ZIRT, ESQ., for an Order authorizing the sale of real property by the debtors; and upon the Notice of Motion, dated January 10, 2022; and it appearing that due notice having been given and timely service of the Notice of Motion and Motion been made; and after hearing RICHARD SCOTT ZIRT, ESQ. in support of the motion, and such other parties whose identities are reflected on the transcript of the Hearing; and upon the record of the Hearing, and due deliberation having been had, and sufficient cause appearing therefor; and in accordance with 11 U.S.C. §§ 363(b)(1) and (f)(3), and after hearing held on February 22, 2022, it is hereby

ORDERED, that the debtors, DANIEL BERRY and TISHA RUNYAN, be and hereby are authorized to sell their right, title and interest in and to the real property located at 23 Stangel Drive, Woodbourne, NY 12788, pursuant to the Contract annexed to the Motion, and it is further

ORDERED that the Secured Creditor, Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V, shall be paid its full payoff at the closing, from a payoff quote to be provided by counsel for Secured Creditor prior to the closing, with its lien to attach to the sale proceeds, and it is further

ORDERED that <u>any</u> and all non-exempt proceeds following the closing shall be paid into the Office of the Chapter 13 Trustee and the Trustee is authorized to distribute the same to creditors within the case, and it is further

ORDERED that within fourteen (14) days of the closing of the sale, Counsel to the Debtor shall file with this Court a closing statement itemizing all payments and transactions engaged into in relation to the closing.



**Dated: March 7, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**