UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

DANIEL BERRY, and
TISHA RUNYAN,

                    Chapter 13
                    Case No. 20-35905(cgm)

            Debtors.
----------------------------------------------------------X

**ORDER EXPUNGING CLAIM #16**

The attorney for the Debtor in the above-referenced case, RICHARD SCOTT ZIRT, ESQ., having moved this Court for an Order expunging Amended Claim #16 filed by PLANET HOME LENDING, LLC, which claim was then transferred to U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V being serviced by Rushmore Loan Management Services.  And upon reading and filing of the Notice of Motion and Motion, dated January 24, 2023 pursuant to 11 U.S.C. 506(a) and (d) and FRBP 3007, and the motion having been returnable before this Court on February 28, 2023 at 9:00am, and there having been no filed opposition thereto, and Katherine Heidbrink, Esq. having appeared on behalf of the secured creditor and having consented to the motion, and the Court having had due deliberation thereon,

**NOW**, upon motion of RICHARD SCOTT ZIRT, ESQ., attorney for the Debtors, pursuant to 11 U.S.C. 506(a) and (d) and Federal Rule of Bankruptcy Procedure 3007, it is hereby

**ORDERED** that Claim No. 16, filed by PLANET HOME LENDING, LLC, filed on which was then transferred to U.S. Bank National Association, not in its individual capacity, but

solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V, **be and hereby is expunged** from the claims register of this case.



**Dated: March 1, 2023
Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**